UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:11-cv-01796-GAF -OPx | Date | July 2, 2012 |
|---|---|---|---|
| Title | Kevin Dwaine Mitchell et al v. Acosta Sales, LLC et al | | |

| Present: The Honorable | Gary Allen Feess, United States District Judge |
|---|---|

| Chris Silva | Pat Cuneo | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kimberly D. Nielson<br>Joshua G. Konecky | Jeremy C. Wooden |

**Proceedings:** MOTION FOR CLASS CERTIFICATION [161]; AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [181]

    Case called. Counsel make appearances. Court hears oral argument from counsel. Matter taken under submission. Order to issue.

| | 0 | : | 44 |
|---|---|---|---|
| | Initials of Preparer | | CSI |