LINK: 228

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Case No. | CV 11-01796 GAF (OPx) | Date | September 27, 2013 |
|---|---|---|---|
| Title | Kevin Dwaine Mitchell et al v. Acosta Sales, LLC et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:** **(In Chambers)**

## ORDER RE: REQUEST FOR CLARIFICATION

The Court is in receipt of Plaintiffs' September 24, 2013, request for clarification regarding the Court's Order of September 10, 2013, granting final approval of the class action settlement in this case. Plaintiffs request clarification regarding the service awards for named Plaintiffs Lytle, Sutton, Johnson, and Puliselich. Pursuant to the Court's Order of September 10, 2013, the Court awards Lytle, Sutton, Johnson, and Puliselich $2,500 in enhancement pay. The Court's final order will be amended to eliminate the inconsistency.

**IT IS SO ORDERED.**